AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

RECEIVED
APR 0 5 2021
US MARSHALS SERVICE

DJA 4/13/21

| United States of America | ) |
|---|---|
| v. | ) |
| Matthew Gangi | ) Case No. 14-cr-30-01-JL |
| | ) 21-5066mj |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __Matthew Gangi__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
See attached petition.

Date: __04/05/2021__                                   __Erica DiFabio__
                                                        *Issuing officer's signature*

City and state: __Concord, New Hampshire__     __Erica DiFabio, Deputy Clerk__
                                                        *Printed name and title*

### Return

| This warrant was received on *(date)* __04/05/21__, and the person was arrested on *(date)* __04/13/21__ at *(city and state)* __Tucson, AZ__. |
|---|
| Date: __04/13/21__   Subject arrested by __USMS__ and initialed on __04/15/21__ in the District of Arizona.    *Arresting officer's signature*                  *Printed name and title* |

PROB 12C
(Rev. 8/18)

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:   Matthew Gangi                                                Case Number:   14-CR-30-01-JL

Name of Sentencing Judicial Officer:   Honorable Joseph N. Laplante

Date of Original Sentence:   November 20, 2014

Original Offense:   Bank Robbery in violation of 18 U.S.C. § 2113(a)

Original Sentence:   96 months imprisonment followed by 3 years of supervised release

Revocation:   N/A

Type of Supervision:   Supervised release            Date Supervision Commenced:   March 23, 2021

Assistant U.S. Attorney:   Terry L. Ollila              Defense Attorney:   Mark L. Sisti

---

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons
☐ Other:

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Mandatory Condition:** <u>The defendant shall not commit another federal, state, or local crime.</u> On or about March 31, 2021, in Lawrence, MA, the defendant committed the offense of Larceny of Motor Vehicle, in violation of MGL 266 § 28, and Larceny under $1,200, in violation of MGL 266 § 30.<br><br>Evidence in support of this charge includes a police report from the Lawrence (MA) Police Department outlining the defendant's involvement in the offenses. |
| 2 | **Violation of Standard Condition #1:** <u>The defendant shall not leave the judicial district without the permission of the court or probation officer.</u> On or about March 31, 2021, the defendant was present in Lawrence, MA, a location outside the District of New Hampshire without the permission of the court or probation officer.<br><br>Evidence in support of this charge includes 1) a police report from the Lawrence (MA) Police Department regarding an incident involving the defendant and 2) the probation officer's testimony that the defendant did not have permission to leave the District of New Hampshire. |

Case 2:21-mj-05066-DMF   Document 1   Filed 04/13/21   Page 3 of 4
Case 1:14-cr-00030-JL   Document 32   Filed 04/02/21   Page 2 of 3

Matthew Gangi                               Page 2 of 3                                    4/2/21

|     |     |
| --- | --- |
| 3   | **Violation of Standard Condition #2:** <u>The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer.</u> On or about March 29, 2021, the probation officer directed the defendant to make daily telephone calls to the probation officer to check-in and after that date, no telephone calls were made. |

Evidence in support of this charge includes the probation officer's testimony that reporting instructions were provided to the defendant and that he failed to follow them.

|     |     |
| --- | --- |
| 4   | **Violation of Standard Condition #6:** <u>The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.</u> On or about March 31, 2021, the defendant moved from his residence, the Double Tree Hotel in Manchester, NH, without notifying the probation officer and his whereabouts are unknown. |

Evidence in support of this charge includes the probation officer's testimony that on March 29, 2021, the defendant reported to that he was living at the Double Tree Hotel in Manchester, NH, 2) that hotel staff confirmed that he checked out on March 31, 2021, and 3) that he did not notify the probation office of the change in residence.

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for  years, for a total term of  years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted by,

/s/*Scott M. Davidson*
Scott M. Davidson
U.S. Probation Officer
603-225-1430
Date: April 2, 2021

Reviewed & Approved by:

/s/*Eric G. Gray*
Eric G. Gray
Supervisory U.S. Probation Officer
603-226-7752

Case 2:21-mj-05066-DMF   Document 1   Filed 04/13/21   Page 4 of 4
Case 1:14-cr-00030-JL   Document 32   Filed 04/02/21   Page 3 of 3

Matthew Gangi                              Page 3 of 3                              4/2/21

THE COURT ORDERS:

☐ No action

☒ The issuance of a warrant. Petition and issuance of the warrant to remain sealed pending arrest.

☐ The issuance of a summons.

☐ Other:

*[signature]*
Signature of Judicial Officer

April 2, 2021
Date